```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 26540
   MELANEE V CUMMINGS
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-5121

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 07/05/2005 and was confirmed 08/17/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 12/15/2008.
--------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------
CREDIT ACCEPTANCE CORP    SECURED              6050.00         611.01       6050.00
CREDIT ACCEPTANCE CORP    UNSECURED            1627.26            .00        162.73
INTERNAL REVENUE SERVICE  PRIORITY             1789.03            .00       1789.03
INTERNAL REVENUE SERVICE  UNSECURED              15.53            .00          1.55
INTERNAL REVENUE SERVICE  NOTICE ONLY        NOT FILED            .00           .00
IRS TAX DIVISION          NOTICE ONLY        NOT FILED            .00           .00
US ATTORNEYS OFFICE       NOTICE ONLY        NOT FILED            .00           .00
ROBERT J ADAMS & ASSOC    PRIORITY           NOT FILED            .00           .00
ROUNDUP FUNDING LLC       UNSECURED            3116.01            .00        311.60
FEINGOLD & FEINGOLD       UNSECURED            8033.80            .00        803.38
LTD FINANCIAL SERVICES L  UNSECURED          NOT FILED            .00           .00
SIMM ASSOCIATES           UNSECURED          NOT FILED            .00           .00
WILLIAM D SMITH           UNSECURED          NOT FILED            .00           .00
ROBERT J ADAMS & ASSOC    REIMBURSEMENT         210.00            .00        210.00
ROBERT J ADAMS & ASSOC    DEBTOR ATTY         2,700.00                     2,700.00
TOM VAUGHN                TRUSTEE                                            802.55
DEBTOR REFUND             REFUND                                             198.15

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                           RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                    13,640.00

PRIORITY                                         1,999.03
SECURED                                          6,050.00
    INTEREST                                       611.01
UNSECURED                                        1,279.26
ADMINISTRATIVE                                   2,700.00
TRUSTEE COMPENSATION                               802.55
DEBTOR REFUND                                      198.15
                         ---------------    ---------------

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 26540 MELANEE V CUMMINGS
```

```
TOTALS                                  13,640.00           13,640.00
```

 Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 03/05/09                    /s/ Tom Vaughn
                _____
                TOM VAUGHN
                CHAPTER 13 TRUSTEE